FILED: July 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1435
(2023-0015)

_____

GREGORY HANNA

       Petitioner

v.

UNITED STATES DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD; GLOBAL NUCLEAR FUEL AMERICAS LLC

       Respondents

_____

O R D E R

_____

The court grants leave to file separate briefs, and the length of each brief shall not exceed the length limitations established by the Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk